## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Roers Management, Inc.<br><br>   Plaintiff,<br><br> v.<br><br>Roers Companies, LLC,<br>Roers Investments, LLC, and<br>Roers Group, LLC,<br><br>   Defendants | 3:20-cv-00228-PDW-ARS<br><br>**DEFENDANTS' NOTICE AND UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS** |

PLEASE TAKE NOTICE that Defendants Roers Companies, LLC, Roers Investments, LLC, and Roers Group, LLC ("Roers Companies"), hereby move the Court for an order granting Roers Companies leave to file its Amended Answer and Counterclaims, attached as Exhibit A hereto, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. For the Court's convenience, attached hereto as Exhibit B is a redline version of Roers' Companies proposed Amended Answer and Counterclaims showing the changes from Roers' Companies original Answer and Counterclaims. Attached hereto as Exhibit C is a North Dakota State Trademark Registration that Roers Companies intends to attach as an exhibit to the Amended Answer and Counterclaims.

This unopposed motion is based on the Federal Rules of Civil Procedure, the accompanying memorandum of law, and all of the files, records, and proceedings herein.

DATED:  June 4, 2021                    **ROBINS KAPLAN LLP**


*/s/ Timothy Q. Purdon*


Ronald J. Schutz *(MN Bar No. 0130849)
William E. Manske* (MN Bar No. 0392348)
George B. Ashenmacher* (MN Bar. No. 397368)
Taylor Y. Moore-Willis* (MN Bar. No. 0399350)
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
RSchutz@ RobinsKaplan.com
WManske@RobinsKaplan.com
GAshenmacher@RobinsKaplan.com
TMooreWillis@RobinsKaplan.com
Telephone: (612) 349-0116
Facsimile: (612) 339-4181

Timothy Q. Purdon (ND Bar No. 05392)
Robins Kaplan LLP
1207 West Divide Avenue, Suite 200
Bismarck, ND 58501
TPurdon@RobinsKaplan.com
Telephone: (612) 349-8767
Facsimile: (612) 339-4181

*Admitted pro hac vice*

*Attorneys for Defendants/Counterclaimants*