**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Roers Management, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING JOINT** |
| | ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) | |
| | ) | Case No. 3:20-cv-228 |
| Roers Companies, LLC, | ) | |
| Roers Investments, LLC, and | ) | |
| Roers Group, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is a "Joint Stipulation for Dismissal with Prejudice" filed on January 27, 2022.  Doc. No. 52.  The Court **ADOPT**S the stipulation (Doc. No. 52) in its entirety and **ORDERS** the entire action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated this 28th day of January, 2022.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court